IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICIA SIMS, | § § | |
| Petitioner, | § § | |
| v. | § | CIVIL ACTION H-05-2532 |
| WARDEN JOYCE FRANCIS, | § § § | |
| Respondent. | § § | |

## ORDER OF DISMISSAL

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED without prejudice.

SIGNED at Houston, Texas, on this 28th day of July, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge